IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| BRIAN CAMPBELL AND LASHAUN PARKS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 3:16-cv-00097-TCB |
| DEPENDABLE WASTE SERVICES, INC., A GEORGIA CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

THIS CAUSE having come before the Court on the Parties' Joint Motion for Approval of Settlement Agreement, the Court orders as follows:

1. The proposed settlement here is a fair and reasonable settlement of Plaintiffs, Brian Campbell and Lashaun Parks, claims under the Fair Labor Standards Act.

2. The proposed settlement is hereby APPROVED. The Court shall retain jurisdiction over this matter and the settlement agreements until all payments are made by Defendant.

3. After all payments have been received by Plaintiffs under the settlement agreements, the Parties shall file a notice with the Court indicating all payments have been made. At that time the Court will dismiss this matter with prejudice.

Dated this 21st day of December, 2016.

_____
Honorable Judge Timothy C. Batten, Sr.
United States District Court